**W. I. WEST and Harold VIRE, Appellants, v. COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 23, 1942.

Duncan & Duncan for appellants.

Hubert Meredith, Attorney General, and Guy H. Herman, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

**LENA W. DANIEL, Adm'x of the Estate of R. Daniel, Deceased, et al., Appellants, v. Hiram WILHOIT, State Banking Com'r of Kentucky, etc., Appellee.**

Court of Appeals of Kentucky.

Jan. 13, 1942.

C. R. Luker for appellants.

Murray L. Brown for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.

**BROWN BOWMAN, Appellant, v. COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Jan. 13, 1942.

Ward & Ward for appellant.

Hubert Meredith, Attorney General, and Wm. F. Neill, Assistant Attorney General, for appellee.

PER CURIAM.

Appeal denied; judgment affirmed.